

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-17-00706-CV

**IN THE INTEREST OF X.L.B, T.J.B., AND V.C.B., CHILDREN,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-426
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file brief is granted. The appellant's brief is due on or before April 23, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court